FAX or Internet

# UNITED STATES DISTRICT COURT
## for the
## District of Arizona

In the Matter of the Search of

**The person of Tyrell Jay Nez, a 19-year-old male, address 1 & 1/3 miles east of Round Rock Chapter Store, Round Rock, AZ 86547**

)
)
)  Case No. 22-8009 MB
)
)

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:  Any authorized law enforcement officer.

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of   Arizona.
*(identify the person or describe the property to be searched and give its location):*

**See Attachment A.**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

**See Attachment B.**

I find that the affidavit(s), or any recorded testimony, have been communicated by reliable electronic means and establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   2-3-22
                                                               *(not to exceed 14 days)*

[X] in the daytime 6:00 a.m. to 10 p.m.      [ ] at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the search warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave a search warrant copy and receipt at the place where the property was taken

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____.
           *(Name)*

[ ] I find that immediate notification may have an adverse result as specified in 18 U.S.C. §3103a (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  [ ] for _____ days *(not to exceed 30)*.
                                                        [ ] until, the facts justifying, the later specific date of _____.

Date and Time Issued:   1/19/22  5:11 pm         _____
                                                          *Judge's Signature*

City and State:   Phoenix, Arizona          JOHN Z. BOYLE, United States Magistrate Judge

## ATTACHMENT A

## PERSON TO BE SEARCHED

Tyrell Jay Nez, an Indian male, 19 years old, 5 feet and 4 inches tall, and approximately 100 pounds, who resides 1 & 1/3 miles east of Round Rock Chapter Store, Round Rock, Arizona 86547. Photo below is a photo of Nez dated February 16, 2021.



## **ATTACHMENT B**

## **ITEMS TO BE SEIZED**

Evidence in the form of deoxyribonucleic acid (DNA) to be obtained from Tyrell Jay Nez through cotton/buccal swabs in the mouth. The process of collection will be limited to the seizure of DNA by using two (2) buccal swabs. The method of collection will be oral, that is, by inserting the buccal swabs into the mouth of Nez for the purpose of collecting saliva and cheek cells.

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing Officer's Signature*

_____
*Printed Name and Title*